UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:95-CR-136-3-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GLENN WILLIAMS, | ) | |
| Defendant. | ) | |

To the extent that Glenn Williams's letter [DE-241] may be deemed as yet another motion to reconsider this court's May 17, 2011, order [DE-237], it is DENIED for the reasons set forth in the order of May 26, 2011 [DE-240].

SO ORDERED.

This, the 16th day of June, 2011.

James C. Fox
Senior United States District Judge