UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Glenn Williams            Docket No. 5:95-CR-136-BO-3

### Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Glenn Williams, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute Cocaine Base, 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 18, 1996, to the custody of the Bureau of Prisons for a term of 480 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Glenn Williams was released from custody on May 19, 2017, at which time the term of supervised release commenced. The offender is currently being supervised in the Northern District of Georgia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender shall make restitution payments in the amount of $150 plus 25% of all gross income in excess of $2,500 per month.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain            /s/ Mark Culp
Michael C. Brittain            Mark Culp
Supervising U.S. Probation Officer            U.S. Probation Officer
           150 Rowan Street Suite 110
           Fayetteville, NC 28301
           Phone: 910-354-2543
           Executed On: June 20, 2017

### ORDER OF THE COURT

Considered and ordered this 22 day of June, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge